[No. 61698-6-I.   Division One.   June 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL L. McELROY, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-1-00608-6, Michael E. Rickert, J., entered April 24, 2008. *Remanded* by unpublished opinion per Schindler, C.J., concurred in by Agid and Dwyer, JJ.

[No. 61711-7-I.   Division One.   June 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. FLETCHER KEITH MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00383-9, Eric Z. Lucas, J., entered April 9, 2008. *Dismissed* by unpublished opinion per Dwyer, J., concurred in by Schindler, C.J., and Agid, J.

[No. 61905-5-I.   Division One.   June 8, 2009.]

JOHN DOE, *Appellant*, v. THE WASHINGTON STATE BOARD OF ACCOUNTANCY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-07574-5, Jeffrey M. Ramsdell, J., entered June 13, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, A.C.J., and Cox, J.

[No. 61911-0-I.   Division One.   June 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY ALAN ROLL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-1-00041-1, Steven J. Mura, J., entered June 23, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Cox, J.